**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WONGSO** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **BONDI et al** | : | **NO.: 26-cv-2057** |
| | : | |

**O R D E R**

**AND NOW**, this **7ᵗʰ** day of **APRIL 2026**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is <u>Magistrate (Scott W. Reid).</u> If the District Judge deems referral appropriate, a separate referral order, specifying the reason for referral, will be issued by the District Court Judge.

**FOR THE COURT:**

**WENDY BEETLESTONE**
**Chief Judge**

**ATTEST:**

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**